AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | |
|---|---|
| Cameron Kazimierczak, | |
| *Plaintiff,* | |
| v. | Civil Action No.   1:22-cv-03579-JFA |
| Marcus Rhodes *Director*; Phillip Thompson *Horry County Sheriff;* J. Smith; M. Hughes; K. Jones *(Mediko rep)*; Officer Shelton *Correctional Officer*; Officer Hollywood *Correctional Officer*; Officer Barrow *Correctional Officer*; Squires *(Mediko rep)*; D. Winns *(Mediko rep)*; K. Krystanowicz *(Mediko rep)*; Mediko Inc. *Medical Contractor,* | ) ) ) ) ) |
| *Defendants.* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Cameron Kazimierczak, shall take nothing of the defendants, Marcus Rhodes *Director*, Phillip Thompson *Horry County Sheriff,* J. Smith, M. Hughes, K. Jones *(Mediko rep)*, Officer Shelton *Correctional Officer*, Officer Hollywood *Correctional Officer*, Officer Barrow *Correctional Officer*, Squires *(Mediko rep)*, D. Winns *(Mediko rep)*, K. Krystanowicz *(Mediko rep)* and  Mediko Inc. *Medical Contractor* and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting  the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   January 9, 2022

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

_____
*Signature of Clerk or Deputy Clerk*